# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG XIAOLING, et al.,<br><br>　　　　　　Petitioners,<br><br>　v.<br><br>TODD BLANCHE,<br><br>　　　　　　Respondents. | Case No. CV 26-6520 JGB (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's motion to dismiss, all of the records and files herein, the Magistrate Judge's Amended Report and Recommendation, and Petitioner's objections.  After having made a *de novo* determination of the portions of the Report and Recommendation to which the objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondents immediately release Petitioners unless Respondents have provided Petitioners with individualized bond hearings under 8 U.S.C. § 1226(a). The hearings shall be held together or consecutively before the same Immigration Judge because Petitioners are members of the same family and share similar facts;

(2) Respondents file a notice of compliance within seven days advising how they complied with the District Court's Order; and

(3) The parties to file a joint status report within seven days informing the Court of the outcome of any bond hearing, whether any issues remain, and the parties' positions on whether additional briefing is needed on any remaining issues. If so, the Court should order the parties to submit a proposed briefing schedule. If not, the Court should order Petitioners within the same 14 days to file a motion for voluntary dismissal or the parties to submit a stipulated judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondents.

DATED: July 27, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE