**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

XIAOLING YANG, et al.,

Petitioners,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. CV 26-6520-JGB (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) the Petition is GRANTED;

(2) Respondents are ORDERED to immediately release Petitioners:

**Yang Xiaoling, A Number: 246072089**
**Li Zhaoqi, A Number: 246072087**
**Li Hang, A Number: 246072088.**

(3) Respondents are ENJOINED from re-detaining Petitioners based on the same facts and circumstances absent new individualized evidence and constitutionally adequate process;

(4) Respondents are ORDERED to file a notice of compliance advising how they complied with the District Court's Order within seven days; and

(5) Within 30 days after entry of judgment, Petitioners may file a motion for attorney's fees pursuant to the Equal Access to Justice Act.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and Respondents.

DATED: August 20, 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE