JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

XIAOLING YANG, et al.,

Petitioners,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. CV 26-6520-JGB (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioners.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: August 20 2026

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE